

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2022

No. 04-22-00508-CR

William James **HODGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR9880
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

After a hearing on the State's motion to revoke Appellant Hodge's community supervision, the trial court granted the motion and imposed Hodge's suspended sentence of four years in the Texas Department of Criminal Justice.

Appellant timely filed a notice of appeal, but the clerk's record does not contain a trial court's certification of the defendant's right of appeal.

"The trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order." TEX. R. APP. P. 25.2(a)(2). "When the defendant is notified that the defendant's community supervision is revoked for a violation of the conditions of community supervision and the defendant is called on to serve a sentence in a jail or in the Texas Department of Criminal Justice, the defendant may appeal the revocation." *See* TEX. CODE CRIM. PROC. ANN. art. 42A.755(e).

Therefore, this appeal is abated, and we **order** the presiding judge of the 437th District Court of Bexar County, Texas to (1) sign a completed certification indicating whether the defendant has a right of appeal and (2) forward it to the Bexar County Clerk within **twenty days** of the date of this order. *See Lyons v. State*, No. 12-18-00242-CR, 2019 WL 2220123, at *1 (Tex. App.—Tyler May 22, 2019, no pet.) (not designated for publication) (citing TEX. R. APP. P. 25.2(a), 44.4).

We **further order** the Bexar County Clerk to file a supplemental clerk's record containing the trial court's certification of the defendant's right of appeal in this court within **ten days** after the trial court provides the certification to the clerk. *See id.* (citing TEX. R. APP. P. 25.2(d), 34.5(c)(2)).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court